IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Ronald Brunson, | ) | C/A No.: 3:11-cv-2132-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The *pro se* plaintiff, Ronald Brunson, brings this civil action against the Federal Bureau of Investigation. In his Complaint, Plaintiff alleges that he suffered bodily injury sometime in 2005 when he was in the custody of the FBI or when he spoke to the FBI. (ECF No. 1). Plaintiff filed this action *in forma pauperis* under 28 U.S.C. § 1915.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that the plaintiff's complaint should be summarily dismissed without service of process pursuant to 28 U.S.C. § 1915. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on September 30, 2011. Rather than filing objections to the Magistrate Judge's Report and Recommendation, on October 6, 2011, the plaintiff filed a Motion to Amend his Complaint (ECF No. 18) and a Notice of Appeal (ECF No. 19). A few days later, Plaintiff sent a letter requesting that an attached administrative tort claim be added to his appeal. None of these documents serves as Objections to the Report and Recommendation. Furthermore, the plaintiff has not raised any cognizable objections to the Report and Recommendation in his filings. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to given any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

December 8, 2011                                Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District J